IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MARK & SHAWNDA MILLER,<br><br>　　　　　　Plaintiffs,<br><br>　-vs-<br><br>MIDLAND CREDIT MANAGEMENT, INC., PORTFOLIO RECOVERY ASSOCIATES, LLC., ATLANTIC CREDIT AND FINANCE, INC.<br><br>　　　　　　Defendants. | Case No.  3:17-cv-03429<br>Judge Robert C. Chambers |

**PLAINTIFF'S STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT**

Plaintiffs, Mark and Shawnda Miller, hereby stipulate that the Defendants have until September 1, 2017, to file their Answer to Plaintiffs' Complaint.

/s/ Benjamin M. Sheridan
　Benjamin M. Sheridan (WVSB #11296)
　Klein & Sheridan, LC
　3566 Teays Valley Road
　Hurricane, WV 25526
　Phone: (304) 782-6552
***Counsel for Plaintiff***

11545065v1